**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Patrick Manning Wartelle
Attorney at Law
600 Jefferson St, Suite 603
Lafayette LA 70501

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on August 31, 2022

**REHEARING ACTION: August 31, 2022**

**Docket Number: 21   00769-CA**

**PATRICK M. WARTELLE**
**VERSUS**
**ELLEN MINTZ**

**Appealed from Lafayette City Court Parish Case No. 2019CV00818**

**BEFORE JUDGES:**

   **Hon. John E. Conery**
   **Hon. Van H. Kyzar**
   **Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Patrick M. Wartelle** has this day been

   **DENIED.**

cc: Russell Bryant Kahn, Counsel for the Appellee
    Adam G. Young, Counsel for the Appellee